UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE EDWARD JOHNSON,<br><br>       Plaintiff,<br><br>    v.<br><br>J. FORTUNE,<br><br>       Defendant. | CASE NO. 1:15-cv-01613-LJO-MJS (PC)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF NO. 10.)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF No. 4.) Pending before the Court is Plaintiff's second motion to proceed in forma pauperis. (ECF No. 10.) Because Plaintiff's first motion to proceed in forma pauperis was granted on October 27, 2015, (ECF No. 4), IT IS HEREBY ORDERED that Plaintiff's December 11, 2015, motion is DENIED as moot.

IT IS SO ORDERED.

Dated:   December 14, 2015          /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28