UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE EDWARD JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. FORTUE,<br><br>　　　　Defendant. | **CASE NO. 1:15-cv-01613-LJO-MJS (PC)**<br><br>**ORDER DENYING AS MOOT MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 10)** |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's December 11, 2015 motion to proceed in forma pauperis. (ECF No. 10.)

　　　Plaintiff already has applied for and been granted leave to proceed in forma pauperis in this action. (ECF Nos. 2, 4.) Accordingly, the present motion (ECF No. 10) is HERBEY DENIED as moot.

IT IS SO ORDERED.

Dated:　December 15, 2015　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1